**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1002**

_____

CHANT'E N. HODGE; HAROLD HODGE,

Plaintiffs - Appellants,

versus

TAYLOR GAS COMPANY, INCORPORATED; BERNARD
TAYLOR; FRANCIS TAYLOR; BELINDA ANTHONY;
CHUCK, Taylor Helper; BRIAN, Taylor Truck
Driver,

Defendants - Appellees.

and

UNITED STATES POST OFFICE, Lexington Park,
Maryland; REGGIE RABON, Postmaster; UNITED
STATES MAIL CLERK TONY; UNITED STATES MAIL
CLERK WILMER; UNITED STATES POSTAL SERVICE,
HEADQUARTERS, Washington, DC; JACK POTTER,
Postmaster General; UNITED STATES POSTAL
SERVICE, Capital District Consumer Affairs,
Capitol Heights, Maryland; NANCY MILLER;
DENISE MCQUEEN, Claims Investigator; DAWN
DINKINS; WILLIAM H., Taylor Driver or Helper;
UNITED STATES POSTAL SERVICE, St. Louis,
Missouri; SANDRA L. BEVERLY; DEREK LEWIS;
CELLE; EDWARD BROWN; JANIS COOKER, CEO;
SUZANAE MEDVIDOVICH, Vice President; PEGGY
SMITH; RICHARD LINDSEY; PAKMAIL; GREG HARRIS,
Owner,

Defendants.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-05-319-DKC-8)

---

Submitted: May 18, 2006                                Decided: May 30, 2006

---

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Chant'e N. Hodge, and Harold Hodge, Appellants Pro Se.  Sanford Alex Friedman, LAW OFFICES OF SANFORD FRIEDMAN, L.L.C., Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chant'e N. Hodge and Harold Hodge appeal the district court's order dismissing their complaint construed under 42 U.S.C. § 1981 (2000) and various state claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hodge v. Taylor Gas Go., Inc., No. CA-05-319-DKC-8 (D. Md. Dec. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED